UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-30223-GAO

ARA ERESIAN, JR.,
Appellant,

v.

WILLIAM MANTALVANOS,
Appellee.

OPINION AND ORDER
September 20, 2013

O'TOOLE, D.J.

The appellant filed a notice of appeal from the bankruptcy court in November 2012. The appellant has failed to prosecute that appeal. Therefore, the appellee's Motion (dkt. no. 5) to Dismiss is GRANTED.

The appellee also moved for costs and attorney's fees associated with defending the appeal. Due to the appellant's documented history of abusing the court system which continues here, such an order is appropriate in this case. The appellee shall file a bill of costs within 28 days of the entry of this Order.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge