UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )
ARA ERESIAN, JR., | )
| )
    Appellant, | )
| ) Civil Action No.
v. | ) 12-30223-FDS
| )
WILLIAM MANTALVANOS, | )
| )
    Appellee. | )

# ORDER

**SAYLOR, J.**

Appellant has appealed the order of this Court holding him in contempt for his failure to comply with orders of this Court (O'Toole, J.) dated September 20, 2013, and February 10, 2014, requiring him to pay appellee $1,138.06. Appellee has moved, pursuant to Fed. R. App. P. 7 and First Circuit Loc. R. 7, to require appellant to "file a bond or provide other security . . . to ensure payment of costs on appeal." For the reasons expressed in the attached Order (Woodlock, J.), the Court will grant that motion in the amount of $3,700.

It is therefore ORDERED that the motion for a bond is GRANTED in the amount of $3,700.

**So Ordered.**

                                                      /s/ F. Dennis Saylor
                                                      F. Dennis Saylor IV
Dated: March 17, 2015                      United States District Judge